# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN E.T. SMITH & KIMBERLY A. SMITH  Case Number: 08-72194
240 E. OGDEN  SSN-xxx-xx-9844 & xxx-xx-1878
CAPRON, IL 61012

Case filed on: 7/11/2008
Plan Confirmed on: 9/19/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,220.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 3,774.00 | 3,774.00 | 845.08 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 845.08 | 0.00 |
| 002 | FISHER & SHAPIRO, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ATTORNEY PATRICIA M. FENNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN E.T. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF NEW YORK AS TRUSTEE | 11,624.87 | 287.15 | 287.15 | 0.00 |
| 027 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 11,624.87 | 287.15 | 287.15 | 0.00 |
| 004 | BRISTOL VETERINARY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NCO FINANCIAL SYSTEMS INC | 361.41 | 18.07 | 0.00 | 0.00 |
| 006 | DEVRY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GUZZARDO MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MEDCLEAR, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 433.60 | 21.68 | 0.00 | 0.00 |
| 017 | NORWEST FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PROGRESSIVE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SECURITY FINANCE | 153.75 | 7.69 | 0.00 | 0.00 |
| 023 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WELLS FARGO FINANCIAL | 978.83 | 48.94 | 0.00 | 0.00 |
| 028 | JEFFERSON CAPITAL SYSTEMS, LLC | 202.40 | 10.12 | 0.00 | 0.00 |
| 029 | NICOR GAS | 2,392.83 | 119.64 | 0.00 | 0.00 |
|  | Total Unsecured | 4,522.82 | 226.14 | 0.00 | 0.00 |
|  | Grand Total: | 19,921.69 | 4,287.29 | 1,132.23 | 0.00 |

Total Paid Claimant:     $1,132.23
Trustee Allowance:       $87.77
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan